NATIONAL GROCERY COMPANY, appellant,

v.

NATIONAL STORES CORPORATION, respondent.

[Decided January 19th, 1925.]

On appeal from a decree of the court of chancery.

*Messrs. Edward & Smith,* for the appellant.

*Messrs. Wall, Haight, Carey & Hartpence,* for the respondent.

PER CURIAM.

The decree appeal from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bentley, reported in *95 N. J. Eq. 588.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLENNON, KAYS, JJ. 14.

*For reversal*—None.